**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

WALTER VERNON PORTER, JR.   *
            *
     Plaintiff,   *
v.             *
            *
CAROLYN W. COLVIN, Acting  *   No. 4:15CV00420-SWW-JJV
Commissioner, Social Security  *
Administration      *
            *
     Defendant.  *

## <u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be and hereby are approved and adopted in their entirety as this Court's findings in all respects.

DATED this 3rd day of November, 2015.

            <u>/s/Susan Webber Wright</u>
            UNITED STATES DISTRICT JUDGE