**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| WALTER VERNON PORTER, JR. | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration | * | No. 4:15CV00420-SWW-JJV |
| | * | |
| | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

DATED this 3rd day of November, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE